

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00571-CR

Lawrence Steele **TERRILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 10-04-10391-CR
The Honorable Camile G. Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 8, 2015.

Luz Elena D. Chapa, Justice